NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN JACKSON, DOC #558622,  )
                              )
        Appellant,            )
                              )
v.                            )        Case No. 2D18-2814
                              )
STATE OF FLORIDA,             )
                              )
        Appellee.             )
_____)

Opinion filed September 25, 2019.

Appeal from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

Howard L. Dimmig, II, Public Defender, and
Robert Rosen, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

        Affirmed.

SLEET, SALARIO, and BADALAMENTI, JJ., Concur.